**FILED**
DEC 07 2007
DEC 07, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE NOLAN**

07CR815

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
SUPERSEDING INFORMATION
DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**JUDGE PALLMEYER**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO **X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO ☐   YES **X**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **07CR 815   US v. JOHN SCHWAB, ETAL   Pallmeyer**

3) Is this a re-filing of a previously dismissed indictment or information?   NO **X**   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO **X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO **X**   YES ☐

6) What level of offense is this indictment or information?   FELONY **X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO **X**   YES ☐

8) Does this indictment or information include a conspiracy count?   NO **X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ........... (II) | **X** Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances ... (III) |
| ☐ Criminal Antitrust ....... (II) | **X** Postal Fraud ........ (II) | ☐ Miscellaneous General Offenses ... (IV) |
| ☐ Bank robbery ......... (II) | **X** Other Fraud ........ (III) | ☐ Immigration Laws ........ (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft ........ (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ......... (IV) |
| ☐ Assault ............. (III) | ☐ Forgery ........ (III) | ☐ Motor Carrier Act ........ (IV) |
| ☐ Burglary ............ (IV) | ☐ Counterfeiting ........ (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ........ (II) | ☐ Obscene Mail ........ (III) |
| ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
| ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18, U.S.C. § 1341, 1343 and 1346; 26, U.S.C. § 7206(1)

_____
LAURIE J. BARSELLA
FARIS HUSSEIN
Assistant United States Attorneys

(Revised 12/99)