# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 1 | **DATE** | 1/8/2008 |
| **CASE TITLE** | USA vs. John Schwab | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant John Schwab enters plea of guilty to Counts 1s and 10s.  Defendant informed of rights.  Judgment of guilty entered.  Cause referred to the probation office for a presentence investigation.  Sentencing set for 4/9/2008 at 11:00.  Defendant released on $4500 OR Bond.  Defendant to be processed by U.S. Marshal's by close of business 1/9/2008.

Docketing to mail notices.

00:37

| | Courtroom Deputy Initials: | ETV |
|---|---|---|