F I L E D 

JAN 0 8 2008    JAN 0 8 2008

JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ ILLINOIS,   EASTERN DIVISION _____

UNITED STATES OF AMERICA

            v.                                **WAIVER OF INDICTMENT**

JOHN SCHWAB

                                    **CASE NUMBER:** 07 CR 815 -- 1

I, John Schwab _____, the above named defendant, who is accused of

violating 18 U.S.C. §§ 1341, 1346; 26 U.S.C. § 7206(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____ 1 · 8 · 08 _____ prosecution by indictment and consent that the proceeding may be by

information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer