## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 1 | **DATE** | 3/19/2008 |
| **CASE TITLE** | USA vs. John Schwab | | |

**DOCKET ENTRY TEXT**

By agreement, sentencing set for 4/9/2008 is stricken and reset to 5/12/2008 at 12:30.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|