UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 815-1 |
| | ) | Judge Rebecca Pallmeyer |
| JOHN SCHWAB | ) | |

## NOTICE OF MOTION

To: Counsel of Record

PLEASE TAKE NOTICE that on MONDAY, APRIL 12, 2008, at 12:30 p.m., at the Sentencing Hearing of Mr. John Schwab, I will appear before the Honorable Rebecca Pallmeyer in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the MOTION OF THE UNITED STATES FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE in the above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  /s/ Faris J. Hussein
FARIS J. HUSSEIN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4156

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

    NOTICE OF MOTION

was filed on May 5, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    *s/ Faris J. Hussein*
    FARIS J. HUSSEIN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4156