MAY 1 2 2008
F I L E D
MAY 1 2 2008
JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 815-1 |
| vs. ) | Judge Rebecca R. Pallmeyer |
| ) | |
| JOHN SCHWAB ) | |

## AMENDMENT TO PLEA AGREEMENT

The Plea Agreement between the United States Attorney for the Northern District of Illinois, PATRICK J. FITZGERALD, and defendant JOHN SCHWAB, and his attorney, ALAN BRUNELL, dated and filed on January 8, 2008, shall be amended as follows: Paragraph 17 shall read:

17. Regarding restitution, the parties acknowledge that pursuant to Title 18, United States Code, § 3663A, the court must order defendant, together with any jointly liable co-defendants, to make full restitution to the Village of Bolingbrook in an amount to be determined by the Court at sentencing, which amount shall reflect credit for any funds repaid prior to sentencing. The parties further agree that pursuant to Title 18, United States Code, § 3663(a)(3), the court may also order restitution in any criminal case to the extent agreed to by the parties in a plea agreement. Accordingly, the parties agree that the defendant shall also pay restitution to the Village of Bolingbrook in the amount of $62,000, which represents the amount of the loss to the Village of Bolingbrook through the stipulated offense set forth

in paragraph 8(c). Restitution shall be due immediately, and paid pursuant to a schedule to be set by the Court at sentencing.

Paragraph 20 shall read:

20.  Defendant agrees to the entry of a forfeiture judgment against him in the amount of $399,000. Prior to sentencing, defendant agrees to the entry of a preliminary order of forfeiture relinquishing any right of ownership he has in these funds and further agrees to the seizure of these funds so that these funds may be disposed of according to law. Defendant is unaware of any third party who has an ownership interest in, or claim to, the property subject to forfeiture and will cooperate with the United States during the ancillary stages of any forfeiture proceedings to defeat the claim of a third-party in the event a third party files a claim.

AGREED THIS DATE: 5/12/08

_____  
PATRICK J. FITZGERALD  
United States Attorney

_____  
JOHN SCHWAB  
Defendant

_____  
LAURIE BARSELLA  
Assistant U.S. Attorney

_____  
ALAN BRUNELL  
Attorney for Defendant

2