## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 1 | **DATE** | 5/13/2008 |
| **CASE TITLE** | USA vs. John Schwab | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED: That, a judgment is entered against defendant John Schwab in the amount of $399,000. That, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), Fed. R. Crim. P. 32.2, and to the terms of his plea agreement, all right, title and interest of John Schwab in funds in the amount of $399,000, is hereby forfeit to the United States of America for disposition according to law. The court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary. Enter Preliminary Order Of Forfeiture.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|