UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.    07 CR 815 |
| v.    ) | |
| ) | Judge Rebecca R. Pallmeyer |
| JOHN SCHWAB, et. al.    ) | |

**ATTORNEY APPEARANCE**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


By:    *s/ Steven A. Block*
      STEVEN A. BLOCK
      Assistant United States Attorney
      219 South Dearborn Street, 5TH Floor
      Chicago, Illinois 60604
      (312) 886-7647

### **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

### **ATTORNEY APPEARANCE**

was served on May 27, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

       *s/ Steven A. Block*
       STEVEN A. BLOCK
       Assistant United States Attorneys
       219 South Dearborn, 5TH Floor
       Chicago, Illinois  60604
       (312) 886-7647