UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
JOHN SCHWAB, )
)
Defendant, ) No. 07 CR 815-1
)
and )
) Judge Rebecca R. Pallmeyer
CAPITAL BANK, )
)
Third Party Citation Respondent. )

**FILED JUL 0 1 2008 7-1-2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, __John Grabhorn__, the __Compliance Coordinator__ of Respondent, __Indiana__, state
  (name)                                    (title)
under penalty of perjury as follows:

The Respondent is a __Corporation__ organized under the laws of the State of __California__.
                    (partnership, corporation)

On __June 5, 2008__, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, John Schwab, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

### Account 1
Account type: __Roth IRA__
Account No.: __6870-4163__
Amount: $ __$5,375.75__
Amount withheld: $_____

### Account 2
Account type:_____
Account No.:_____
Amount: $_____
Amount withheld: $_____

### Account 3
Account type:_____
Account No.:_____
Amount: $_____
Amount withheld: $_____

### Account 4
Account type:_____
Account No.:_____
Amount: $_____
Amount withheld: $_____

2. **Safety Deposit Box**

Box No.: __N/A__
Amount: $_____
Owners other than the judgment debtor:
_____

3. Detail other personal property in the respondent's possession or control: N/A

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
   Yes ___ No ✓

If the answer is yes, describe below.

_____

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
   Yes ___ No ✓

If yes, please describe below (continue on additional sheets if necessary):

_____

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:

___ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division located at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. The Clerk does not charge a fee for filing the Answer. You may file the Answer in person or by mailing the Answer to the Clerk by first-class mail.

8. The Respondent filed the answer with the Clerk and mailed a copy of this Answer by first-class mail to:

(A) the defendant, John Schwab, at 1243 Waterside Ln Venice FL 34285-6461 ; and

(B) the attorney for the United States, Joseph A. Stewart, Assistant United States Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 - Attention: Financial Litigation Unit.

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2008.

John Grabhorn
(Please print and sign name.)
Phone No. (820) 421-0180 x 66927